UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-09990-SSC <br><br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed,

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1 | consistent with the Memorandum and Order filed concurrently
2 | herewith.

4 | DATED: October 24, 2025

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2